IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Murillo, Herminio | Case Number:  04 B 34239 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/16/07 | Filed:  9/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 23, 2007
Confirmed: November 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 107,139.16 | |
| Secured: | | 64,995.96 |
| Unsecured: | | 29,156.83 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 5,317.52 |
| Other Funds: | | 4,774.85 |
| Totals: | 107,139.16 | 107,139.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 2,894.00 | 2,894.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 55,161.00 | 55,161.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 15,978.70 | 9,834.96 |
| 4. | General Motors Acceptance Corp | Unsecured | 830.62 | 8,306.22 |
| 5. | Resurgent Capital Services | Unsecured | 1,297.17 | 12,971.69 |
| 6. | ECast Settlement Corp | Unsecured | 497.37 | 4,973.71 |
| 7. | Resurgent Capital Services | Unsecured | 93.49 | 934.88 |
| 8. | Bank One Regional Collection Center | Unsecured | 122.86 | 1,228.56 |
| 9. | ECast Settlement Corp | Unsecured | 33.81 | 338.12 |
| 10. | ECast Settlement Corp | Unsecured | 40.37 | 403.65 |
| 11. | AT&T Wireless | Unsecured | | No Claim Filed |
| 12. | SBC | Unsecured | | No Claim Filed |
| 13. | Bank One | Unsecured | | No Claim Filed |
| 14. | Bank One | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Discover Financial Services | Unsecured | | No Claim Filed |
| 17. | Robert V Schaller | Unsecured | | No Claim Filed |
| 18. | Home Depot | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Healthcare Management Cons | Unsecured | | No Claim Filed |
| 21. | WT Anesthesia | Unsecured | | No Claim Filed |
| 22. | American Auto Funding | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 76,949.39 | $ 97,046.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Murillo, Herminio | Case Number: 04 B 34239 |
| | Judge: Hollis, Pamela S |
| Printed: 10/16/07 | Filed: 9/15/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 919.45 |
| 4% | 286.64 |
| 3% | 216.06 |
| 5.5% | 1,187.93 |
| 5% | 360.10 |
| 4.8% | 682.99 |
| 5.4% | 1,664.35 |
| | _____ |
| | $ 5,317.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_